UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASUAN J. BULLOCK,

                Plaintiff,

-against-

ERIC UNKNOWN, et al.,

                Defendants.

21-CV-1555 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 17, 2021, dismissing the action,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to update the Court with Plaintiff's current address.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    June 17, 2021
           New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                   Chief United States District Judge